FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 MAY 21 AM 9:00

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD UBELE, )
)
    Petitioner, )
)
v. ) CASE NOS. CV408-178
)           CR405-012
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 18).[1] After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. The § 2255 Petition is **DENIED**.[2]

SO ORDERED this 21st day of May 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This Court granted a Motion for Reconsideration (Doc. 16) to allow Petitioner to file late objections to the Report and Recommendations. Accordingly, the Court is currently reconsidering the Report and Recommendation in light of those late objections.

[2] Because the petition has been denied, the pending motions (Docs. 17, 19, 26, 27) in this case are **DISMISSED AS MOOT**.